UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-24582-JLK

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BOHO HUNTER, LLC, a Florida limited liability company,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be shortly executing all necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a voluntary dismissal with prejudice.

Dated: January 12, 2021.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Alejandro Brito, Esq.
**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Defendant Boho Hunter, LLC.*
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131
Email: abrito@zarcolaw.com

/s/ *Roderick V. Hannah*
Roderick V. Hannah