UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-24582-JLK

VICTOR ARIZA,

    Plaintiff,

v.

BOHO HUNTER, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. #12) filed February 17, 2021, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of February, 2021.

                                        */s/ James Lawrence King*
                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record